THE MERCHANTS' NATIONAL BANK of Binghamton, Appellant, *v.* BENJAMIN F. TRACY et al., Respondents.

*Merchants' N. Bk. of B.* v. *Tracy,* 77 Hun, 443, affirmed.
(Argued June 18, 1896; decided October 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 18, 1894, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit, a jury having been waived, dismissing the complaint upon the merits.

*Edmund O' Connor* for appellant.

*George B. Curtiss* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.

———————

In the Matter of the Proceeding to Disbar JOHN F. DORTHY.

(Decided October 13, 1896.)

THIS was a motion for a stay of proceedings under an order removing the appellant from the office of attorney and counselor at law of the State of New York, upon charges prosecuted by the Rochester Bar Association, made June 17, 1896, by the Appellate Division of the Supreme Court in the fourth judicial department, until his appeal to the Court of Appeals can be heard and decided.

*John Van Voorhis & Sons* for motion.

Denied on the ground that the motion should be made upon notice. ———————

ANNA C. KLEY, Appellant, *v.* JOHN W. HEALY, Respondent.

(Submitted October 5, 1896; decided October 13, 1896.)

MOTION for reargument denied, ten dollars costs. (See 149 N. Y. 346.)